IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Keishla D. Negron-Ortiz<br>Plaintiff<br><br>vs<br><br>Collins Aerospace<br>d/b/a UTC Aerospace Systems et al<br>Defendants | CIVIL ACTION<br>NO. 3:18-02001-WGY |

## JUDGMENT

Having considered the Motion for Voluntary Dismissal (**d.e. 13**) filed by plaintiff Keishla D. Negron-Ortiz, which is GRANTED, JUDGMENT is hereby entered DISMISSING the action WITH PREJUDICE.

SO ORDERED AND ADJUDGED.

At Boston, MA, on June 25, 2020.

   /s/ William G. Young
United States District Judge